UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Guardian News, Inc.

-v-

Town of Greenburgh, New York

Docket Number

07 CV 4062 (CLB)

**NOTICE OF ASSIGNMENT**

Pursuant to the memorandum of the Case Processing Assistant, the above entitled action is assigned to the calendar of

*Judge* Charles L. Brieant

The designated Magistrate Judge for this case is:

*Magistrate Judge* George A. Yanthis

All future documents submitted in this action are to be presented in the Clerk's Office for filing and <u>shall bear the new Judge's initials after the docket number:</u>

07 cv 4062 (CLB)

The attorneys for the plaintiff are requested to serve a copy of the Notice of Assignment on all defendants.

J. Michael McMahon
Acting Clerk

By: _____
Deputy Clerk

White Plains, NY
Dated:

CC:  Judge
     Magistrate Judge
     Case Assignment Clerk

i:\FORMS\DOCKET\ASSIGN