DOCUMENTS SERVED WITH INDEX#: 07CIV.4062     AND FILED ON     5/24/2007

---

THE GUARDIAN NEWS, INC.

Vs.

TOWN OF GREENBURGH, NEW YORK

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF: NEW YORK

COUNTY OF WESTCHESTER

) **SS**
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____5/31/2007_____ at _____11:20AM_____, deponent did serve the within process as follows:

Process Served:

Party Served:

| SUMMONS AND COMPLAINT |
|---|
| TOWN OF GREENBURGH |

(herein called recipient) therein named.

At Location:

| 177 HILLSIDE AVENUE |
|---|
| GREENBURGH NY |

By delivering to and leaving with _JOAN DUDEK_____ and that deponent knew the person

so served to be the    TOWN CLERK

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 45/50 | Height | 5'6" | | |
| Weight | 235 | Other Features | GLASSES | | |

Sworn to before me on _____6/1/2007_____

_Gail Williams_ (signature)

John Axelrod (signature)

Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4623063
Qualified in Westchester County
Commission Expires September 30, 2010