UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE GUARDIAN NEWS, INC.,

                Plaintiff,

-against-

TOWN OF GREENBURGH, New York,

                Defendant.
------------------------------------------------------------------X

**STIPULATION AND
ORDER** Extending time to Answer

**07 CIV. 04062 (CLB)
Hon. Charles L. Brieant**

    The parties in the above-captioned litigation, through their attorneys of record, hereby stipulate that Defendant's time to answer in this matter shall be extended for forty-five (45) days, meaning that it shall be due on Monday, August 6, 2007.

Dated: June 12, 2007
        Greenburgh, New York

                                        RICHARD L. MARASSE (RM 9039)
                                        Greenburgh Deputy Town Attorney
                                        For Defendant Town of Greenburgh
                                        177 Hillside Avenue
                                        Greenburgh, New York 10607
                                        (914) 993-1546

Dated: June 14, 2007
        White Plains, New York

                                        JONATHAN LOVETT (4854)
                                        Lovett & Gould, LLP
                                        *Attorneys for Plaintiff*
                                        222 Bloomingdale Road
                                        White Plains, New York 10605
                                        (914) 428-8401

**SO ORDERED:**

Charles Brieant
U.S.D.J.
Dated: June 18, 2007
White Plains, NY