UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE GUARDIAN NEWS, INC.,                                      **<u>ANSWER</u>**

                           Plaintiff,

                                                 **07 CIV. 04062 (CLB)**
                                                 **Hon. Charles L. Brieant**

    -against-

                                                 (Electronically filed)

TOWN OF GREENBURGH, New York,

                              Defendant.
-------------------------------------------------------------------X

        Defendant, as and for its answer to the complaint in the above-captioned matter, sets forth

as follows:

        1.      Defendant denies the allegations contained in ¶ 1 of the complaint, and refers all

questions of law contained therein to the Court for adjudication.

        2.      Defendant denies the allegations contained in ¶ 2 of the complaint, and refers all

questions of law contained therein to the Court for adjudication.

        3.      Defendant denies knowledge or information sufficient to form a belief as to the

truth of the allegations contained in ¶ 3 of the complaint.

        4.      Defendant admits the allegations contained in the first sentence of ¶ 4 of the

complaint.  With respect to the allegations contained in the second sentence of ¶ 4 of the

complaint, Defendant admits that Plaintiff has accurately reproduced certain sections of the

Greenburgh Town Code and that Defendant generally "enforces" all sections of this Code as a

matter of governmental policy, but denies that it has ever "enforced" these or any other code

sections so as to deny Plaintiff or any other applicant a permit to install a newsrack.

## FIRST CLAIM

5.      Defendant repeats and realleges its responses to the allegations contained in ¶¶ 1 through 4 of the complaint as though they were fully set forth herein.

6.      Defendant denies the allegations contained in ¶ 6 of the complaint, and refers all questions of law contained therein to the Court.

## SECOND CLAIM

7.      Defendant repeats and realleges its responses to the allegations contained in ¶¶ 1 through 4 of the complaint as though they were fully set forth herein.

8.      Defendant denies the allegations contained in ¶ 8 of the complaint, and refers all questions of law contained therein to the Court.

## THIRD CLAIM

9.      Defendant denies and realleges its responses to the allegations contained in ¶¶ 1 through 4 of the complaint as though they were fully set forth herein.

10.      Defendant denies the allegations contained in ¶ 10 of the complaint, and refers all questions of law contained therein to the Court.

## FOURTH CLAIM

11.      Defendant denies and realleges its responses to the allegations contained in ¶¶ 1 through 4 of the complaint as though they were fully set forth herein.

12.      Defendant denies the allegations contained in ¶ 12 of the complaint, and refers all questions of law contained therein to the Court.

## FIFTH CLAIM

13.      Defendant denies and realleges its responses to the allegations contained in ¶¶ 1 through 4 of the complaint as though they were fully set forth herein.

14.     Defendant denies the allegations contained in ¶ 14 of the complaint, and refers all questions of law contained therein to the Court.

## SIXTH CLAIM

15.     Defendant denies and realleges its responses to the allegations contained in ¶ 14 of the complaint as though they were fully set forth herein.

16.     Defendant denies the allegations contained in ¶ 16 of the complaint, and refers all questions of law contained therein to the Court.

## SEVENTH CLAIM

17.     Defendant denies and realleges its responses to the allegations contained in ¶¶ 1 through 4 of the complaint as though they were fully set forth herein.

18.     Defendant denies the allegations contained in ¶ 18 of the complaint, and refers all questions of law contained therein to the Court.

## FIRST AFFIRMATIVE DEFENSE

19.     Plaintiff's complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

20.     Plaintiff lacks standing.

## THIRD AFFIRMATIVE DEFENSE

21.     This case, in whole or in part, is not ripe.

## FOUTH AFFIRMATIVE DEFENSE

22.     This case, in whole or in part, does not present a case or controversy.

## FIFTH AFFIRMATIVE DEFENSE

23.     The challenged Code sections constitute reasonable time, place, and manner regulations.

## **SIXTH AFFIRMATIVE DEFENSE**

24.     The fees charged under the challenged Code sections are reasonably related to the

costs of administering the law.

Dated:  August 1, 2007
      Greenburgh, New York

                                                          S/

                                                _____
                                                RICHARD L. MARASSE (RM 9039)
                                                Deputy Town Attorney
                                                For Defendant Town of Greenburgh
                                                177 Hillside Avenue
                                                Greenburgh, New York 10607
                                                (914) 993-1546

TO:    Lovett & Gould, LLP
         *Attorneys for Plaintiff*
         222 Bloomingdale Road
         White Plains, New York 10605
         (914) 428-8401

4